UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HOWARD BANKS,

        Plaintiff,

v.                          Case No. 3:09-cv-1172-J-12JRK

WALTER A. MCNEIL,
etc.; et al.,

        Defendants.
_____

### ORDER

On January 21, 2010, this Court ruled that Plaintiff's appeal was not taken in good faith under Rule 24(a)(3) of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1915(a)(3) because this case was properly dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) and that he therefore was not entitled to appeal as a pauper. See Court's Order (Doc. #9), filed January 21, 2010. Further, Plaintiff was notified to either file a fully completed Prisoner Consent Form and Financial Certificate or pay the $455.00 appellate filing and docketing fees. Id. However, on June 24, 2010, the United States Court of Appeals for the Eleventh Circuit, pursuant to Rule 42-1(b), Rules of the Eleventh Circuit, dismissed the appeal for lack of prosecution because Banks failed to pay the filing and docketing fees to the district court. See Order (Doc. #14), filed June 28, 2010.

Upon inquiry from the Eleventh Circuit's Clerk's Office by letter, this Court was recently notified to promptly advise as to whether an Order was entered concerning Plaintiff's Prisoner Consent Form and Financial Certificate (Doc. #13). Thus, since Banks' appeal has been reinstated, it appears that a ruling is now necessary. Thus, Banks' Prisoner Consent Form and Financial Certificate (Doc. #13), construed to include a motion to proceed on appeal in forma pauperis, is **DENIED**. Pursuant to 28 U.S.C. § 1915(g),[1] Banks must pay the $455.00 appellate filing and docketing fees "immediately and in full rather than on an installment plan." Medberry v. Butler, 185 F.3d 1189, 1193 n.2 (11th Cir. 1999).

**DONE AND ORDERED** at Jacksonville, Florida, this 28Th day of October, 2010.

*Howell W. Melton*
UNITED STATES DISTRICT JUDGE

sc 10/27
c:
Howard Banks
USCA

---

[1] Plaintiff Howard Banks qualifies as a "three-striker" and therefore must pay the full appellate filing and docketing fees. See Case No. 3:10-cv-182-J-25MCR, Order of Dismissal Without Prejudice (Doc. #7), filed March 2, 2010, and Order (Doc. #12), filed April 26, 2010; Case No. 3:09-cv-1284-J-12MCR, Order of Dismissal Without Prejudice (Doc. #7), filed January 27, 2010.